# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DISABILITY RIGHTS PENNSYLVANIA | : | CIVIL ACTION |
| *Plaintiff* | : | NO. 17-4858 |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 27th day of March 2019, upon consideration of Plaintiff Disability Rights Pennsylvania's ("Plaintiff") *motion for summary judgment*, [ECF 6], Defendants School District of Philadelphia and William R. Hite, Jr.'s (collectively, "Defendants") response in opposition, [ECF 11], Defendants' *motion for judgment on the pleadings*, [ECF 7], and Plaintiff's response in opposition, [ECF 10], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's *motion for summary judgment*, [ECF 6], is **GRANTED**, and Defendants' *motion for judgment on the pleadings*, [ECF 7], is **DENIED**.

Consequently, it is declared that Defendants are obligated to provide Plaintiff with the contact information requested in the communications referenced in paragraphs 35 and 36 of the complaint, [ECF 1], pursuant to the Developmental Disabilities Assistance and Bill of Rights Act, 42 U.S.C. §§ 15041-45, the Protection and Advocacy for Individuals with Mental Illness Act, 42 U.S.C. §§ 10801-27, and their accompanying regulations.

The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*