# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DISABILITY RIGHTS PENNSYLVANIA** | : | **CIVIL ACTION** |
| *Plaintiff* | : | **NO. 17-4858** |
| | : | |
| **v.** | : | |
| | : | |
| **SCHOOL DISTRICT OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 13th day of May 2019, upon consideration of Plaintiff Disability Rights Pennsylvania's ("Plaintiff") unopposed *motion to withdraw its motion for an award of attorneys' fees and costs*, [ECF 18], it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to mark Plaintiff's prior *motion for an award of attorneys' fees and costs*, [ECF 17], as **WITHDRAWN**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*